Law Office of Allen D. Butler, P.C.
406 E. Southern Avenue
Tempe, AZ 85282-2674
(480) 921-0626
Fax: (480) 967-5075
Allen D. Butler #5392
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

ALBERT N. QUESADA and
JULIE A. QUESADA,

    DEBTORS.

) CASE NO. 4:09-05540-JMM
)
) CHAPTER 13
)

OBJECTION TO PROOF OF CLAIM FILED BY FLAGSTAR BANK, FSB
AND NOTICE OF TIME TO RESPOND
(Claim No. 13)

COME NOW the Debtors above-named, by and through attorney Allen D. Butler, and hereby object to the proof of claim filed by Flagstar Bank, FSB. This Objection is based upon the following:

1. Flagstar Bank, FSB, filed a proof of claim relating to the Quesada's mortgage payments and alleged arrearages  See proof of claim filed on July 21, 2009, Number 13.

2. Debtors assert that their mortgage payments were current at the time of filing.

3. Copy of payment history has been requested from lender, but has not yet been provided.

ACCORDINGLY, Debtor objects to the proof of claim as currently stated.

NOTICE is hereby given that if no Response is filed within fifteen (15) days of the date of mailing this Objection, then the Court may sustain this objection without further notice of hearing.

Respectfully submitted this _August 19_, 2009.

_/s/ Allen D. Butler_
Allen D. Butler, Attorney for Debtors

Faxed/Mailed on _8/19_, 2009 to:

Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098

Tiffany & Bosco, P.A.
2525 E. Camelback Road, 3rd floor
Phoenix, AZ 85016

Diane Kerns, Trustee
(520) 544-7894

By _/s/ Kathleen Ruiz_