# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23456/0596570941

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Albert N. Quesada and Julie A. Quesada<br>        Debtors.<br><br>Nationstar Mortgage LLC<br><br>        Movant,<br>vs.<br><br>Albert N. Quesada and Julie A. Quesada, Debtors; Dianne C. Kerns, Trustee, Trustee.<br><br>        Respondents. | No. 4:09-bk-05540-JMM<br><br>Chapter 13<br><br>NOTICE TO WITHDRAW OBJECTION TO CHAPTER 13 PLAN |

Movant, Nationstar Mortgage LLC, by its attorney undersigned, hereby gives notice to withdraw its Objection to the Chapter 13 Plan filed January 15, 2010 without prejudice.

DATED this 19th day of January, 2010.

        Respectfully submitted,

        TIFFANY & BOSCO, P.A.

        BY   /s/ MSB # 010167
            Mark S. Bosco
            Leonard J. McDonald
            Attorneys for Movant

COPY of the foregoing mailed
January 19, 2010 to:

Albert N. Quesada and Julie A. Quesada
13691 E. Garigan's Gulch
Vail, AZ  85641
Debtors

Allen D. Butler
406 East Southern
Tempe, AZ  85282
Attorney for Debtors

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154 PMB413
Tucson, AZ  85741
Trustee

By  Julie Bush